

FILED
CLERK, U.S. DISTRICT COURT
OCT 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 08-2456 M |
| Tandi Thanh Huynh DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defendant_____, IT IS ORDERED that a detention hearing
is set for __October 21_____, __2008__, at __9:00__ ☒a.m. / ☐p.m. before the
Honorable __Jacqueline Chooljian_____, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
(Other custodial officer)

Dated: __10/14/08__          _____
                              U.S. District Judge/Magistrate Judge

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
                                                                          Page 1 of 1